NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1070

NIKE, INC.,

Plaintiff-Appellee,

v.

MEITAC INTERNATIONAL ENTERPRISE CO., LTD.
and MAN LEE MO,

Defendants-Appellants,

and

IN SHOE, INC.,

Defendant.

ON MOTION

Before BRYSON, <u>Circuit Judge</u>, FRIEDMAN, <u>Senior Circuit Judge</u>, and PROST, <u>Circuit Judge</u>.

PROST, <u>Circuit Judge</u>.

O R D E R

Nike, Inc. moves to dismiss this appeal because Meitac International Enterprise Co., Ltd. et. al. (Meitac) has failed to file their opening brief.  Meitac has not responded.

A party's failure to comply with the court's rules, including the requirements of preparing and filing briefs, can result in dismissal of an appeal for failure to prosecute. <u>Julien v. Zeringue</u>, 864 F.2d 1572, 1574 (Fed. Cir. 1989).

Accordingly,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     All sides shall bear their own costs.

FOR THE COURT


____March 19, 2007_____                    /s/ Sharon Prost_____
          Date                                        Sharon Prost
                                                      Circuit Judge


cc:     Erik S. Maurer, Esq.
        Ronald M. St. Marie, Esq.

s19

ISSUED AS A MANDATE: _____

2007-1070                           2